SLIP OPINION

Cite as 2015 Ark. 7

# SUPREME COURT OF ARKANSAS

No. D-14-1069

IN RE RICHARD LEE HOWARD IV
ARK. BAR NO. 96151

**Opinion Delivered** January 15, 2015

PETITION TO SURRENDER ARKANSAS LAW LICENSE

PETITION GRANTED.

**PER CURIAM**

On recommendation of the Supreme Court Committee on Professional Conduct, we hereby accept the voluntary surrender, in lieu of disciplinary proceedings, of the license of Richard Lee Howard IV of McKinney, Texas, to practice law in the State of Arkansas. In his petition to voluntarily surrender his license to practice, filed with this court on December 11, 2014, Mr. Howard acknowledges that he pleaded guilty to the felony offense of conspiracy to commit fraud in violation of 18 U.S.C. § 1349. Mr. Howard also states that he wishes to avoid the expense, stress, and publicity of further addressing his conviction.

The name of Richard Lee Howard IV shall be removed from the registry of attorneys licensed by the State of Arkansas, and he is barred and enjoined from engaging in the practice of law in this state.

It is so ordered.